UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENCORE HOLDINGS, LLC d/b/a | : | |
| FIRE SUPPRESSION SYSTEMS | : | |
| GROUP | : | |
| *Plaintiff* | : | |
| | : | |
| Vs. | : | C.A. No. 12-789ML |
| | : | |
| PERSAUD COMPANIES, INC. and | : | |
| HUDSON INSURANCE COMPANY | : | |
| *Defendants* | : | |

## STIPULATION TO EXTEND TIME

Counsel for Defendants, Hudson Insurance Company and Persaud Companies, Inc., and counsel for the Plaintiff, Encore Holdings, LLC d/b/a Fire Suppression Systems Group, hereby stipulate that the time for all Defendants to answer or otherwise responsively plead to the Complaint in this action shall be extended up to and including Monday, December 31, 2012.

Dated: December 19, 2012

| | |
|---|---|
| ENCORE HOLDINGS, LLC D/B/A FIRE SUPPRESSION SYSTEMS GROUP<br>By its Attorneys, | HUDSON INSURANCE COMPANY<br>By its Attorney, |
| /s/ Matthew T. Oliverio<br>Matthew T. Oliverio, Esq. (#3372)<br>Peter F. Spencer, Esq. (#8669)<br>OLIVERIO & MARCACCIO LLP<br>55 Dorrance Street, Suite 400<br>Providence RI 02903<br>Tel. (401) 861-2900<br>Fax (401) 861-2922<br>mto@om-rilaw.com<br>pfs@om-rilaw.com | /s/ Joseph P. Quinn<br>Joseph P. Quinn, Esq. (#6832)<br>QUINN LAW, LLC<br>120 Wayland Avenue Suite 5<br>Providence RI 02906<br>Tel. (401) 751-2000<br>Fax (401) 633-7701<br>jquinn@quinnlawllc.com |

PERSAUD COMPANIES, INC.
By its Attorneys,


/s/ Thomas W. Heald
Thomas W. Heald, Esq.
HEALD & LEBOEUF, LTD
One Turkshead Place
76 Westminster Street Suite 600
Providence RI 02903
Tel: (401) 421-1500
Fax: (401) 331-5886
twh@healdandleboeuf.com



**CERTIFICATION OF SERVICE**


I hereby certify that on December 19, 2012, a copy of the within Stipulation to Extend Time was sent by e-mail to counsel of record, identified below:

| | |
|---|---|
| Matthew T. Oliverio | mto@om-rilaw.com |
| Peter F. Spencer | pfs@om-rilaw.com |
| Thomas W. Heald | twh@healdandleboeuf.com |


/s/ Joseph P. Quinn